```
JAMES EUGENE CHISOLM          MARINER FINANCE
P.O. BOX 7273                 ATTN: BANKRUPTCY
MERIDIAN, MS 39304            8211 TOWN CENTER DRIVE
                              NOTTINGHAM, MD 21236


THOMAS C. ROLLINS, JR.        NETCREDIT
THE ROLLINS LAW FIRM, PLLC    ATTN:  BANKRUPTCY DEPT
P.O. BOX 13767                175 W JACKSON BLVD
JACKSON, MS 39236              STE 1000
                              CHICAGO, IL 60604


1ST FRANKLIN FINANCIAL        ONEMAIN
ATTN: BANKRUPTCY              PO BOX 1010
135 E. TUGALO STREET          EVANSVILLE, IN 47706
 PO BOX 880
TOCCOA, GA 30577


ADVANCE AMERICA               REGIONS BANKCARD
935 FRONTAGE, STE A           ATTN: BANKRUPTCY
MERIDIAN, MS 39301            1900 5TH AVE N
                              HOOVER, AL 35203


ADVANCE FINANCIAL             REGIONS MORTGAGE
100 OCEANSIDE DRIVE           ATTN: BANKRUPTCY
NASHVILLE, TN 37204           PO BOX 110
                              HATTIESBURG, MS 39403


CAPITAL ONE                   REPUBLIC FINANCE
ATTN: BANKRUPTCY              ATTN: BANKRUPCTY
P.O. BOX 30285                7031 COMMERCE PL
SALT LAKE CITY, UT 84130      BATON ROUGE, LA 70809


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


CC BANK
ATTN: BANKRUPTCY
1835 W. STATE STREET
PLEASANT GROVE, UT 84062


JORA CREDIT
P.O. BOX 8407
PHILADELPHIA, PA 19101
```