United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01793-KMS
James Eugene Chisolm  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Sep 09, 2025     Form ID: n031     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Eugene Chisolm, P.O. Box 7273, Meridian, MS 39304-7273 |
| 5537349 | | Advance America, 935 Frontage, STe A, Meridian, MS 39301 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5537348 | + | Email/Text: bankruptcy@1ffc.com | Sep 09 2025 19:32:00 | 1st Franklin Financial, Attn: Bankruptcy, 135 E. Tugalo Street, Po Box 880, Toccoa, GA 30577-0880 |
| 5542596 | + | Email/Text: bankruptcy@1ffc.com | Sep 09 2025 19:32:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5537350 | + | Email/Text: bankruptcy@af247.com | Sep 09 2025 19:32:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5537353 | + | Email/Text: bankruptcy@ccbank.com | Sep 09 2025 19:32:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5537351 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 19:41:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5537352 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 09 2025 19:31:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5537354 | | Email/Text: Bankruptcy@joracredit.com | Sep 09 2025 19:31:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 5537355 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 09 2025 19:31:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5542376 | + | Email/Text: netcreditbnc@enova.com | Sep 09 2025 19:32:48 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5537356 | + | Email/Text: netcreditbnc@enova.com | Sep 09 2025 19:32:48 | Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5545125 | | Email/PDF: cbp@omf.com | Sep 09 2025 19:41:07 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5537357 | + | Email/PDF: cbp@omf.com | Sep 09 2025 19:41:14 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5537360 | | Email/Text: bankruptcy@republicfinance.com | Sep 09 2025 19:32:00 | Republic Finance, Attn: Bankrupcty, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5538003 | | Email/Text: bankruptcy@republicfinance.com | Sep 09 2025 19:32:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5537358 | + | Email/Text: newbk@Regions.com | Sep 09 2025 19:32:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Hoover, AL 35203-2610 |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Sep 09, 2025     Form ID: n031     Total Noticed: 18

5537359     ^ MEBN

Sep 09 2025 19:24:13     Regions Mortgage, Attn: Bankruptcy, Po Box 110, Hattiesburg, MS 39403-0110

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

**Name**     **Email Address**

David Rawlings
ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr
on behalf of Debtor James Eugene Chisolm trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01793−KMS
**Chapter:** 13

**In re:**

James Eugene Chisolm
P.O. Box 7273
Meridian, MS 39304

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 9, 2025 (Dkt. # 14 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 9, 2025                    Danny L. Miller, Clerk of Court