Certificate Number: 14424-MSS-DE-039946588

Bankruptcy Case Number: 25-01793



14424-MSS-DE-039946588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2025</u>, at <u>1:58</u> o'clock <u>PM EDT</u>, <u>James E Chisolm</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>August 5, 2025</u>            By:   <u>/s/Mabelyn  Ramirez</u>

                                       Name:   <u>Mabelyn  Ramirez</u>

                                       Title:   <u>Instructor</u>